## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| AMANDA STOCKHAM, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>- against -<br><br>HELVEY & ASSOCIATES, INC.,<br><br>                Defendant. | Docket No: 1:18-cv-00202 |

## **DISMISSAL ORDER**

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' July 10, 2018 Stipulation of Dismissal, all claims asserted against Defendant HELVEY & ASSOCIATES, INC. in Civil Action No: 1:18-cv-00202, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS** \_\_11th\_\_ **day of** \_\_July\_\_, 2018.

                                        /s/ Paul L. Maloney
                                        HONORABLE PAUL L. MALONEY
                                        UNITED STATES DISTRICT JUDGE